# U.S. District Court
# Southern District of Ohio (Columbus)
# CIVIL DOCKET FOR CASE #: 2:20–cv–01411–SDM–EPD

Rumpke et al v. Lowe's Companies, Inc. et al
Assigned to: Judge Sarah D. Morrison
Referred to: Magistrate Judge Elizabeth Preston Deavers
Cause: 15:1938 Fair Labor Standards Act

Date Filed: 03/18/2020
Date Terminated: 08/10/2020
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Brian Rumpke** represented by **Robert E DeRose , II**
Barkan Meizlish Handelman Goodin DeRose Wentz, LLP
250 E. Broad St, 10th Floor
Columbus, OH 43215
614–221–4221
Fax: 614–744–2300
Email: bderose@barkanmeizlish.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elaina S. Bailey**
Sommers Schwartz, P.C.
One Towne Square, 17th floor
Southfield,, MI 48076
248–746–4018
Fax: 248–936–2122
Email: ebailey@sommerspc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica R. Doogan**
Barkan Meizlish Handelman Goodin DeRose Wentz, LLP
250 E. Broad Street
10th Floor
Columbus, OH 43215
614–221–4221
Fax: 614–744–2300
Email: jdoogan@barkanmeizlish.com
*ATTORNEY TO BE NOTICED*

**Kevin J. Stoops**
Sommers Schwartz, P.C.,
One Towne Square, 17th Floor,
Southfield, MI 48076
248–784–6613
Fax: 248–236–2143
Email: kstoops@sommerspc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholle Frank** represented by **Robert E DeRose , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elaina S. Bailey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica R. Doogan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin J. Stoops**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Wolfe** represented by **Robert E DeRose , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elaina S. Bailey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica R. Doogan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin J. Stoops**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lowe's Companies, Inc.** represented by **Matthew Roberts**
Baker & Hostetler LLP
200 Civic Center Drive
Suite 1200
Columbus, OH 43215
614–462–2694
Email: mroberts@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lowe's Home Centers, LLC**                    represented by   **Matthew Roberts**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2020 | Ï 1 | COMPLAINT with JURY DEMAND against All Defendants ( Filing fee $ 400 paid – receipt number: 0648–7385192), filed by Brian Rumpke. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Form for Lowe's Companies, Inc, # 3 Summons Form for Lowe's Home Centers, LLC) (DeRose, Robert) (Entered: 03/18/2020) |
| 03/18/2020 | Ï 2 | Summons Issued as to Lowe's Companies, Inc., Lowe's Home Centers, LLC. (mdr) (Entered: 03/18/2020) |
| 03/23/2020 | Ï 3 | WAIVER OF SERVICE Returned Executed. Waiver sent to Lowe's Companies, Inc. on 3/20/2020, answer due 5/19/2020. (DeRose, Robert) (Entered: 03/23/2020) |
| 03/23/2020 | Ï 4 | WAIVER OF SERVICE Returned Executed. Waiver sent to Lowe's Home Centers, LLC on 3/20/2020, answer due 5/19/2020. (DeRose, Robert) (Entered: 03/23/2020) |
| 04/02/2020 | Ï 5 | MOTION for Leave to Appear Pro Hac Vice (Filing fee of $400 paid, receipt number 0648–7407415) of Elaina S. Bailey and Kevin J. Stoops by Plaintiff Brian Rumpke. (Attachments: # 1 Declaration, # 2 Exhibit A–Certificate of Good Standing) (DeRose, Robert) (Entered: 04/02/2020) |
| 04/02/2020 | Ï 6 | MOTION for Leave to Appear Pro Hac Vice (Filing fee of $400 paid, receipt number 0648–7407415) of Elaina S. Bailey and Kevin J. Stoops by Plaintiff Brian Rumpke. (Attachments: # 1 Declaration, # 2 Exhibit A–Certificate of Good Standing) (DeRose, Robert) (Entered: 04/02/2020) |
| 04/03/2020 | Ï 7 | NOTICE OF DEFICIENCY re 5 MOTION for Leave to Appear Pro Hac Vice (Filing fee of $400 paid, receipt number 0648–7407415) of Elaina S. Bailey and Kevin J. Stoops and 6 MOTION for Leave to Appear Pro Hac Vice (Filing fee of $400 paid, receipt number 0648–7407415) of Elaina S. Bailey and Kevin J. Stoops (mdr) (Entered: 04/03/2020) |
| 04/16/2020 | Ï 8 | MOTION for Leave to Appear Pro Hac Vice (Filing fee of $400 paid, receipt number 0648–7407415) of Kevin J. Stoops and Elaina S. Bailey by Plaintiff Brian Rumpke. (Attachments: # 1 Declaration, # 2 Exhibit A–Certificate of Good Standing) (DeRose, Robert) (Entered: 04/16/2020) |
| 04/17/2020 | Ï 9 | NOTATION ORDER Granting 5 , 6 and 7 Motions for Leave to Appear Pro Hac Vice of Kevin J. Stoops and Elaina S. Bailey entered by Magistrate Judge Elizabeth Preston Deavers on 04/17/2020. (mdr) (Entered: 04/17/2020) |
| 04/23/2020 | Ï 10 | ORDER REASSIGNING CASE. Case reassigned to Judge Sarah D. Morrison for all further proceedings. Judge George C. Smith no longer assigned to case. Signed by Chief Judge Algenon L. Marbley on 4/23/20. (jcw) (Entered: 04/23/2020) |
| 05/15/2020 | Ï 11 | NOTICE of Appearance by Matthew Roberts for Defendants Lowe's Companies, Inc., Lowe's Home Centers, LLC (Roberts, Matthew) (Entered: 05/15/2020) |
| 05/15/2020 | Ï 12 | Unopposed MOTION to Stay by Defendants Lowe's Companies, Inc., Lowe's Home Centers, LLC. (Roberts, Matthew) (Entered: 05/15/2020) |

| 05/15/2020 | 13 | Corporate Disclosure Statement by Defendant Lowe's Companies, Inc. (Roberts, Matthew) (Entered: 05/15/2020) |
|---|---|---|
| 05/15/2020 | 14 | Corporate Disclosure Statement identifying Corporate Parent Lowe's Companies, Inc. for Defendant Lowe's Home Centers, LLC. (Roberts, Matthew) Modified text on 5/18/2020 (kk2) (Entered: 05/15/2020) |
| 05/18/2020 | 15 | ORDER granting 12 Motion to Stay. This case is STAYED. The parties shall file a JOINT WRITTEN STATUS REPORT by NOVEMBER 18, 2020, updating the Court on the status of the MDL Panel's decision. Signed by Magistrate Judge Elizabeth Preston Deavers on May 18, 2020. (jlk) (Entered: 05/18/2020) |
| 08/06/2020 | 16 | TRANSFER ORDER in re: Lowe's Companies, Inc., Fair Labor Standards Act (FLSA) and Wage and Hour Litigation: A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states "An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court." Signed by Clerk of the Panel John W. Nichols on 8/5/2020. (er) (Entered: 08/06/2020) |
| 08/07/2020 | 17 | TRANSFER ORDER in re: Lowe's Companies, Inc., Fair Labor Standards Act (FLSA) and Wage and Hour Litigation: It is ORDERED that this action be transferred to the Western District of North Carolina for coordinated or consolidated pretrial Proceedings. Signed by Clerk of the Panel John W. Nichols on 8/5/2020, certified by the Clerk's Office in WDNC on 8/5/2020. (er) (Entered: 08/10/2020) |
| 08/10/2020 | Ï | Case transferred to District of Western North Carolina. Case file and docket sheet sent Electronically. (er) (Entered: 08/10/2020) |